### CHARLES CLARK GILHART v. ALMA W. GILHART

November 23, 1943

15 So.' (2nd) 767

June Term, 1943

Division B

*Miller & Fitzsimmons,* and *Thomas M. Lockhart,* for petitioner.

*R. R. Saunders* and *Thomas E. Swanson,* for respondent.

PER CURIAM:

Study of the record convinces us that there was failure to show the financial ability of the husband, petitioner, to meet the award of alimony approximating $150.00 monthly. Therefore certiorari is granted and the order therefor is quashed, also the order adjudging petitioner in contempt for failure to obey it.

All motions of petitioner and of respondent are denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.